IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| KYLE B. LEWIS | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 1:14-CV-404 |
| | § | |
| SOUTHWESTERN BELL | § | |
| TELEPHONE CO. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 22), which recommends that the court grant the Defendant's "Motion for Summary Judgment." (Doc. No. 18.) No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 22) is **ADOPTED** and judgment is entered in favor of the Defendant. A final judgment will be entered separately.

**So ordered and signed on**

**Dec 5, 2015**

_____
Ron Clark, United States District Judge